DOA: 3/10/2025

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>1. Carlos Rene Montes, and<br>2. Miguel Angel Sesma,<br><br>*Defendants* | CRIMINAL COMPLAINT<br><br>CASE NUMBER: 25-6099MJ |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

## COUNT 1

On or about March 10, 2025, at or near Phoenix, Arizona, in the District of Arizona, defendants, CARLOS RENE MONTES and MIGUEL ANGEL SESMA did knowingly and intentionally combined, conspired, confederated and agreed with persons known and unknown to possess with the intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of Fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(A)(vi). All in violation of Title 21, United States Code, Section 846. (Conspiracy to Possess with the Intent to Distribute Fentanyl).

I further state that I am a Special Agent (SA) with the United States Drug Enforcement Administration (DEA), and that this complaint is based on the following facts:

**See Attached Statement of Probable Cause, Incorporated by Reference Herein.**

Continued on the attached sheet and made a part hereof:   ☒ Yes    ☐ No

AUTHORIZED BY: AUSA Stuart Zander *S.Z.*

SA Rachel Migone, DEA
Name of Complainant

RACHEL MIGONE (Digitally signed by RACHEL MIGONE, Date: 2025.03.11 14:55:27 -07'0)
Signature of Complainant

Electronically signed and telephonically sworn.

March 11, 2025 @ 3:59pm                                        at   Phoenix, Arizona
Date                                                                                  City and State

HONORABLE Alison S. Bachus
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

1

## STATEMENT OF PROBABLE CAUSE

I, Rachel Migone, hereby depose and state as follows:

1. Your Affiant is currently a Federal Agent with the United States Drug Enforcement Administration (DEA). As such, your Affiant is an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7) and empowered by law to conduct this investigation and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516. Your Affiant has been a Special Agent with DEA since June 2024 and is currently assigned to the Phoenix, Arizona Field Division - East Valley Drug Enforcement Task Force (EVDETF).

2. In June 2024, your Affiant successfully completed a 16-week Basic Agent Training located at Quantico, Virginia. This training included demonstrating proficiency in: firearms, defensive tactics, investigative techniques, enforcement of Title 21, drug identification, undercover enforcement, management of confidential sources, evidence management, and laws pertaining to narcotics investigations.

3. Prior to your Affiant's employment with the DEA as a Special Agent, your Affiant worked for the Atlantic County Prosecutor's Office in New Jersey and was assigned to the Financial Crimes Unit- Insurance Fraud from July 2023 - January 2024. In this role, your Affiant investigated fraudulent insurance claims to determine any criminal acts. While employed with the Atlantic County Prosecutor's Office, your Affiant completed the Division of Criminal Justice Basic Investigator's Course for a Police Training Commission (PTC) Certification in December 2023. This 21-week training included proficiency in: firearms, self-defense, street gang identification, drug identification, use of force, managing confidential informants, and enforcement of New Jersey State law.

4. From 2020 to 2023, your Affiant was employed as a Crime Investigative Analyst for Liberty Mid-Atlantic High Intensity Drug Trafficking Area (LMA-HIDTA) and was assigned to the Gloucester County Prosecutor's Office (GCPO) and the New Jersey State Police Real Time Crime Center South (NJSP RTCCS). As a Crime Investigative Analyst, your Affiant worked as a conduit of information sharing by providing situational awareness reports on notable emerging

trends in the drug environment and on high-profile drug offenders operating within southern New Jersey. Further, your Affiant assisted active narcotics investigations by providing tactical intelligence using law enforcement and open-source databases.

5. In 2019, your Affiant graduated from Coastal Carolina University with a Bachelor's degree in Intelligence and National Security. In 2022, your Affiant graduated from Stockton University with a Master's degree in Criminal Justice with a Forensic Psychology track.

6. Based on your Affiant's training, experience, and the experience of fellow law enforcement officers with whom your Affiant works, your Affiant has become familiar with the terminology, communication methods, and methods of manufacturing, packaging, and concealment of drugs. Your Affiant knows that drug trafficking organizations use other tactics, such as the use of fraudulent identities, countersurveillance, encrypted communications using code or slang terminology, and using fraudulent businesses to conceal and launder drug proceeds to insulate their illegal activities from law enforcement.

7. The statements contained in this Complaint are based in part on information provided to your Affiant by Special Agents of the DEA and other law enforcement officers, either directly or indirectly through their reports or affidavits, surveillance conducted by law enforcement officers, as well as traffic stops and seizures. Your Affiant also relies on her experience, training and background as a Special Agent with DEA in evaluating this information.

8. On March 10, 2025, EVDETF investigators surveilled a Jeep Grand Cherokee (Jeep Cherokee) as it entered the parking lot of a Family Dollar located on 8411 W. Indian School Rd, Phoenix, Arizona. The Jeep Cherokee parked next to a white Ford F250 bearing Sonora license plates. EVDETF investigators thereafter observed Carlos Rene Montes (MONTES) exit the Jeep Cherokee and meet with Miguel Angel Sesma (SESMA), a lawful permanent resident from Mexico, who occupied the Ford F250. Investigators observed MONTES carry factory-sealed packages of roofing shingles from the Jeep Cherokee to the bed of the Ford F250. Shortly after, MONTES entered the Jeep Cherokee and drove away from the Family Dollar parking lot.

9. At approximately 6:30 pm, EVDETF investigators conduct a traffic stop on the Jeep Cherokee in the parking lot of a Fry's grocery store. The Jeep Cherokee was occupied by MONTES, an adult passenger, three children and an infant. At approximately 6:36 pm, a Mesa Police Department Canine Detective conducted an open-air sniff, which yielded a positive alert

to narcotics in the vicinity of the trunk of the Jeep Cherokee. Investigators conducted a search of the Jeep Cherokee with negative results.

10. At this same time, other EVDETF investigators contacted SESMA, the sole occupant of the Ford F250 that met with MONTES. At approximately 6:47 pm, a Mesa Police Department Canine Detective conducted an open-air sniff, which yielded a positive alert to narcotics in the vicinity of the bed of the Ford F250.

11. EVDETF investigators searched SESMA's Ford F250 and seized approximately 52 kilograms (114 pounds) of blue M30 pills contained in the roofing shingles located in the bed of the Ford F250. SESMA and MONTES were subsequently placed under arrest. While detained, SESMA spontaneously stated to investigators if there were drugs in the truck it was methamphetamine. EVDETF investigators conducted field tests on samples of the seized drugs via a Premiere Biotec Test Kit. All the drug samples tested positive for fentanyl.




12. During a post-*Miranda* interview, MONTES advised investigators that he possessed more drugs at his residence located in Tucson, Arizona. MONTES stated the drugs were located in an orange shoe box and a cooler located in the closet of the Master bedroom. MONTES also stated there were drugs located in a trash bag in one of the bedrooms.

13. During a consent search of MONTES' residence, investigators seized an orange shoe box and red cooler containing blue M30 pills in the closet of the Master bedroom.

4

Investigators also seized blue M30 pills in a white trash bag on the floor of the closet of the first bedroom of the residence. At the residence, investigators seized approximately 14.68 kilograms of blue M30 pills (32 pounds). EVDETF investigators conducted field tests on samples of the seized drugs via a Premiere Biotec Test Kit. All the drug samples tested positive for fentanyl.

14. In total, agents seized from the Ford F250 and MONTES's residence approximately 700,000 blue M30 pills which weighed approximately 66.68 kilograms (146 pounds).



15. From the facts outlined above, your Affiant submits there is probable cause to believe that defendants, CARLOS RENE MONTES and MIGUEL ANGEL SESMA, did knowingly and intentionally combined, conspired, confederated and agreed with persons known and unknown to possess with the intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of Fentanyl, a Schedule II controlled substance, in violation of

/ / /

Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(A)(vi). All in violation of Title 21, United States Code, Section 846.

RACHEL MIGONE
Digitally signed by RACHEL MIGONE
Date: 2025.03.11 14:56:03 -07'00'

RACHEL MIGONE
Special Agent
DEA

Sworn to and subscribed before me
this 11th day of March, 2025.

HONORABLE Alison S. Bachus
United States Magistrate Judge